UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
P. REID, JR.,

                        Plaintiff,

     vs.                                           9:05-cv-0516

HEAD NURSE GONYEA and
OFFICER TWAITS

                        Defendants.
-----------------------------------------------------------
Thomas J. McAvoy,
Senior United States District Judge

## DECISION & ORDER

This *pro se* action pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3 (c). The Report-Recommendation dated December 9, 2005 recommends that Defendants' motion to dismiss (Dkt. No. 22) be granted. No objections have been filed.

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein. It is therefore

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED.**

**IT IS SO ORDERED.**

Dated: February 2, 2006

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge